```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

TAREQ ISMAEL,                    )
    Plaintiff,               )
                             )
    v.                       )   Civil Action No. 99-1932
                             )
ABBAS ALI, MANTON GIBBS,         )
AMERICAN SOCIETY FOR             )
COMPETITIVENESS, and INDIANA     )
UNIVERSITY OF PENNSYLVANIA       )
    Defendants.              )

## ORDER

Having received a directive from the Court of Appeals for the Third Circuit to "revisit the issue of sovereign immunity and reconsider Appellant's motion for summary judgment", and in light of the fact that the motion for summary judgment was decided by a different Judge of this court, who has since left the bench, and that the case was transferred to this Judge while the matter was on appeal, the parties are directed to proceed as follows:

Defendants are directed to file a motion for summary judgment on the sole issue of sovereign immunity, with special consideration given to the Court of Appeals's citation to what it deemed to be relevant law not considered by this court in its previous summary judgment ruling, no later than December 14, 2006;

Plaintiff shall file his opposition to that motion no later than 15 days following the filing of said motion;

Defendants shall file any reply thereto no later than 10 days after the filing of said opposition.

BY THE COURT:

_____, J.

11/15/06

cc:   All Counsel of Record